<table>
<tr><td colspan="2" align="center"><b>United States Bankruptcy Court<br>Western District of New York</b></td><td align="center"><b>Voluntary Petition</b></td></tr>
</table>

| Name of Debtor (if individual, enter Last, First Middle):<br>**Craig, Shirley,** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**NONE** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**4176** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**57 Cambridge Ave.**<br>**Buffalo, NY 14215** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Erie** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☒ Consumer/Non-business  ☐ Business | | ☒ Full Filing Fee attached |
| | | ☐ Filing Fee to be paid in installments (Applicable to individuals only). |
| Chapter 11 Small Business (Check all boxes that apply) | | Must attach signed application for the court's consideration |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | Rule 1006(b). See Official Form No. 3. |

Statistical/Administrative Information (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

<table>
<tr><td colspan="2"><b>Voluntary Petition</b><br>(<i>This page must be completed and filed in every case</i>)</td><td>Name of Debtor(s):<br><b>Craig, Shirley,</b></td><td>FORM B1, Page 2</td></tr>
</table>

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X s/shirley craig
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**October 12, 2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X s/shirley craig           **October 12, 2005**
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Signature of Attorney

X s/
Signature of Attorney for Debtor(s)
**James M. Joyce, Esq.**
Printed Name of Attorney for Debtor(s)
**James Joyce**
Firm Name
**3752 N. Buffalo Rd.**
Address
**Orchard Park, NY 14127**

**(716) 972-0250**
Telephone Number
**October 12, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. §110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156

# UNITED STATES BANKRUPTCY COURT
## Western District of New York

In re Shirley   Craig,                                        Case No.
                                  Debtor

                                                              Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.   Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

### 1.  Income from employment or operation of business

None

☒          State the gross amount of income the debtor has received from employment, trade, or profession, or from the operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 2.  Income other than from employment or operation of business

None

☐          State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars. If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| AMOUNT | SOURCE |
|---|---|
| $18,000.00 | pension&ss&ssi |
| $18,000.00 | pension&ss&ssi |

### 3.  Payments to creditors

None ☒ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtor filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☒ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☒ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| James Joyce<br>3752 N. Buffalo Rd<br>Orchard Park, NY | 10/6/05 | $600.00 |

**10. Other transfers**

None ☒    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage homes and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☒    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☒    If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant or contaminant or similar term under Environmental Law.

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of notice, and, if known, the Environmental Law:

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **two years** immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*


Case 1-05-92811-CLB, Doc 1, Filed 10/14/05, Entered 10/14/05 22:13:56, Description: Main Document, Page 6 of 33

**19. Books, records and financial statements**

None
☒
   a. List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None
☒
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☒
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☒
   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

**20. Inventories**

None
☒
   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒
   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None
☒
   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☒
   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None
☒
   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None
☒
   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None
☒
   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☒     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

* * * * * * * * * *

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: October 12, 2005

          s/ shirley craig_____
          Signature of Debtor

Date: _____

          _____
          Signature of Joint Debtor ( if any)
          [If joint case, both spouses must sign]

          _____ continuation sheets attached

*Penalty for making false statement: Fine of up to* $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

In re Shirley  Craig,                                                Case No.

                                      Debtor

# SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 0 | $ 18,000.00 | | |
| B - Personal Property | YES | 0 | $ 8,266.00 | | |
| C - Property Claimed as Exempt | YES | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 0 | | $ 37,381.00 | |
| E - Creditors Holding Unsecured Priority | YES | 0 | | $ 0.00 | |
| F - Creditors Holding Unsecured Non-Priority | YES | 0 | | $ 33,126.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 0 | | | |
| H - Codebtors | YES | 0 | | | |
| I - Current Income of Individual Debtors | YES | 0 | | | $ 1,460.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 0 | | | $ 2,045.00 |
| Total Number of Sheets in ALL Schedules | | 0 | | | |
| | Total Assets | | $ 26,266.00 | | |
| | Total Liabilities | | | $70,507.00 | |

In re Shirley   Craig                                              Case No.

## SCHEDULE A – REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 57 Cambridge, Buffalo | fee | | $17,000.00 | $24,181.00 |
| 404-410 Hickory Buffalo | fee w/ mother | | $1,000.00 | $5,000.00 |
| **Total** | | | $18,000.00 | |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document  , Page 10 of 33

In re Shirley  Craig                                    Case No.

## SCHEDULE B – PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash; | | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | bank acct; | | $5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | furniture; | | $750.00 |
| 5. Books, pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Page 1

In re Shirley   Craig,                                    Case No.

## SCHEDULE B -- PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interest in IRA, ERISA, Keough, or other pension or profit sharing plans. Itemize. | | retirement pension; | | $1.00 |
| 12. Stock and interest in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

Case 1-05-92811-CLB,    Doc 1,    Filed 10/14/05,    Entered 10/14/05 22:13:56,
Description: Main Document  , Page 12 of 33

In re Shirley   Craig,                                          Case No.

## SCHEDULE B -- PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document  , Page 13 of 33

In re Shirley   Craig,                                    Case No.

## SCHEDULE B -- PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 toyota highlander (collision damage); | | $7,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops -- growing or harvested. Give particulars. | X | | | |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document  , Page 14 of 33

In re Shirley  Craig,                                    Case No.

## SCHEDULE B -- PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | $8,266.00 |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document  , Page 15 of 33

In re Shirley  Craig,                                                    Case No.

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(1):    Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 57 Cambridge, Buffalo | CPLR §5206 | $50,000.00 | $17,000.00 |
| furniture | CPLR §5205 | $750.00 | $750.00 |
| 2002 toyota highlander (collision damage) | Debtor and Creditor Law §282 | $2,400.00 | $7,500.00 |
| retirement pension | Debtor and Creditor Law §282 | $1.00 | $1.00 |
| **Total** | | $53,151.00 | |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document , Page 16 of 33

In re: Shirley   Craig

Case No.

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

☐ Check here if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J OR C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Buffalo City Water<br>281 Exchange St<br>Buffalo, NY 14204 | | | 2005; water lien; 57 Cambridge, Buffalo; VALUE $17,000.00 | | | | $900.00 | $900.00 |
| ACCOUNT NO.<br><br>Buffalo Urban Renewal Agency<br>City Hall  room 214<br>Buffalo, NY  14202 | | | 2000; 2nd mortgage; 57 Cambridge, Buffalo; VALUE $17,000.00 | | | | $10,000.00 | $6,281.00 |
| ACCOUNT NO.<br><br>City of Buffalo Dept. of Assessment & Taxation<br>Room 120, City Hall<br>65 Niagara Square<br>Buffalo, New York 14202 | | | 2005; taxes, water, user fee ; 404-410 Hickory; VALUE $1,000.00 | | | | $5,000.00 | $4,000.00 |
| ACCOUNT NO.<br><br>M & T Bank<br>1 Fountain Plaza<br>Attn: Robert W. Van Wart<br>Special Assets, 9th Floor<br>Buffalo, New York<br>14203-1495 | | | 2002; title lien; 2002 toyota highlander (collision damage); VALUE $7,500.00 | | | | $8,200.00 | $700.00 |
| ACCOUNT NO.<br><br>Ocwen Mortgage<br>PO Box 785056<br>Orlando, FL 32878 | | | 1999; 1st mortgage; 57 Cambridge, Buffalo; VALUE $17,000.00 | | | | $13,281.00 | $0.00 |
| | | | | | | **Total** | $37,381.00 | |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document  , Page 17 of 33

## SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒  Check here if debtor has no creditors holding unsecured claims to report on this Schedule E.

In re: Shirley   Craig                                                      Case No.

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check here if debtor has no creditors holding unsecured non priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J, OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Amer.Exp.Travel Rel. Srvcs.Co., Inc. <br> PO Box 29-7879 <br> Ft. Lauderdale, FL 33329-7879 | | | 2004; credit | | | | $3,100.00 |
| ACCOUNT NO. <br><br> Americredit <br> PO Box 78143 <br> Phoenix,  AZ 85062 | | | 2001; credit | | | | $8,100.00 |
| ACCOUNT NO. <br><br> Calvary Investments <br> 7 Skyline Dr <br> Hawthorne, NY 10532 | | | 2003; duplicate providian jdgmt | | | | $1.00 |
| ACCOUNT NO. <br><br> Capital One <br> PO Box 26074 <br> Richmond, VA 23260 | | | 2003; credit  jdgmt | | | | $1,600.00 |
| ACCOUNT NO. <br><br> Capital One Bank <br> PO Box 85147 <br> Richmond, VA 23285-5015 | | | 2003; credit  jdgmt | | | | $1,400.00 |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56, Description: Main Document  , Page 19 of 33

In re Shirley  Craig,                                           Case No.

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J, OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chase bankcard<br>PO Box 15583<br>Wilmington, DE 19886-1194 | | | 2000; credit | | | | $1,400.00 |
| ACCOUNT NO.<br><br>ECMC<br>462 Grider St<br>Buffalo, NY 14215 | | | 1997, 2004; medical  jdmt | | | | $7,000.00 |
| ACCOUNT NO.<br><br>Household Bank<br>c/o Household Credit Services<br>P.O. Box 5213<br>Carol Stream, IL 60197 | | | 2004; credit  jdgmt | | | | $1,500.00 |
| ACCOUNT NO.<br><br>NCO Financial Systems, Inc.<br>(Home shopping Network)<br>507 Prudential Road<br>Horsham, PA 19044 | | | 2004; credit | | | | $1,238.00 |
| ACCOUNT NO.<br><br>Providian Bancorp<br>PO Box 9539<br>Manchester, NH 03108 | | | 2000; credit  jdgmt | | | | $1,700.00 |
| ACCOUNT NO.<br><br>Tancy and Trent Taylor<br>c/o Barnes Firm<br>17 Court St.<br>Buffalo, NY 14202 | | | 2005; tort action | | | | $1.00 |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document  , Page 20 of 33

In re Shirley  Craig,                                                    Case No.

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J, OR C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNIVERSITY FACULTY OF ANESTHESIA PC<br>c/o<br>DUBIN<br>SOMMERSTEIN&HUNTER<br>600 RAND BLDG<br>BUFFALO NY 14203 | | | 1997; jdgmt | | | | $1,198.00 |
| ACCOUNT NO.<br><br>University head and neck<br>c/o Dubin & Summerstein<br>700 CONVENTION TOWER<br>BUFFALO NY 14202 | | | 1997; jdmt | | | | $5,888.00 |
| | | | | | | **Total** | $33,126.00 |

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document  , Page 21 of 33

In re Shirley  Craig,                                              Case No.
                           Debtor

## SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒  Check this box if debtor has no executory contracts or unexpired leases.

Case 1-05-92811-CLB,   Doc 1,   Filed 10/14/05,   Entered 10/14/05 22:13:56,
Description: Main Document  , Page 22 of 33

In re Shirley Craig, Case No.

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

Case 1-05-92811-CLB, Doc 1, Filed 10/14/05, Entered 10/14/05 22:13:56,
Description: Main Document , Page 23 of 33

In re Shirley Craig,                     Case No.

                 Debtor

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| EMPLOYMENT: | DEBTOR | SPOUSE |
| Occupation | retired | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) $ _____ | $ 0.00 | |
| Estimated monthly overtime | $ 0.00 | $ _____ |
| SUBTOTAL | $ 0.00 | $_____ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ _____ |
| b. Insurance | $ 0.00 | $ _____ |
| c. Union dues | $ 0.00 | $ _____ |
| d. Other (Specify) | $ 0.00 | $ _____ |
| SUBTOTAL OF PAYROLL DEDUCTION | $ 0.00 | $_____ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $_____ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $_____ |
| Income from real property | $ 0.00 | $_____ |
| Interest and dividends | $ 0.00 | $_____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $_____ |
| Social security or other government assistance (Specify) ssi | $ 760.00 | $_____ |
| Pension or retirement income | $ 380.00 | $_____ |
| Other monthly income (Specify) disability | $ 320.00 | $_____ |
| | $ 0.00 | $_____ |
| TOTAL MONTHLY INCOME | $ 1,460.00 | $_____ |

TOTAL COMBINED MONTHLY INCOME $ 1,460.00 (Report also on Summary Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Case 1-05-92811-CLB, Doc 1, Filed 10/14/05, Entered 10/14/05 22:13:56, Description: Main Document , Page 24 of 33

In re Shirley   Craig,                                                    Case No.
                                    Debtor

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check here if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 394.00 |
| Are real estate taxes included?        Yes ☐          No ☒ | |
| Is property insurance included?        Yes ☐          No ☒ | |
| Utilities     Electricity and heating fuel | $ 330.00 |
|               Water and sewer | $ 20.00 |
|               Telephone | $ 66.00 |
|               Other  cable | $ 49.00 |
| Home maintenance (repairs and upkeep) | $ 75.00 |
| Food | $ 215.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 20.00 |
| Medical and dental expenses | $ 40.00 |
| Transportation (not including car payments) | $ 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20.00 |
| Charitable contributions | $ 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|               Homeowner's or renter's | $ 40.00 |
|               Life | $ 0.00 |
|               Health | $ 0.00 |
|               Auto | $ 110.00 |
|               Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  taxes/user fee | $ 50.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|               Auto | $ 431.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other | $ 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)

**$2,045.00**

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ 1,460.00 |
| B.  Total projected monthly expenses | $ 2,045.00 |
| C.  Excess income (A minus B) | $ 0.00 |
| D.  Total amount to be paid into plan each _____ | $ N/A |

Page 1

(interval)

Case 1-05-92811-CLB, Doc 1, Filed 10/14/05, Entered 10/14/05 22:13:56, Description: Main Document , Page 26 of 33

In re Shirley  Craig,                                        Case No.
                          Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **17**

sheets, (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.


Date: October 12, 2005

                                        _____s/shirley craig_____
                                        Signature of Debtor

Date: _____

                                        _____
                                        Signature of Joint Debtor ( if any)
                                        [If joint case, both spouses must sign]


*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT
## Western District of New York

In re Shirley   Craig,

Debtor

Case No.

Chapter 7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a.  *Property to be Surrendered.*

   Description of Property                    Creditor's name

   b.  *Property to be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1. 57 Cambridge, Buffalo | Ocwen Mortgage | | | |
| 2. 57 cambridge | BURA | | | |
| 3. 57 cambridge | Buffalo water | | | |

Date: October 12, 2005

_____s/shirley craig_____
Signature of Debtor

Date: _____

_____
Signature of Joint Debtor ( if any)
[If joint case, both spouses must sign]

# UNITED STATES BANKRUPTCY COURT
**Western District of New York**

In re Shirley   Craig,

Case No.

Debtor

### STATEMENT OF ATTORNEY COMPENSATION
### UNDER BANKRUPTCY RULE 2016(B)

Pursuant to Bankruptcy Rule 2016(b), the undersigned, attorney for the debtor herein, states that he has received no compensation for services rendered or to be rendered.  The debtor is being provided legal services at no charge, and it has been agreed that there will be no compensation for services rendered paid to the undersigned or any other party.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| October 12, 2005 | s/ james joyce |
|---|---|
| *Date* | James M. Joyce |
| | Attorney at Law, Attorney at Law |
| | *Name of law firm* |

# UNITED STATES BANKRUPTCY COURT
**Western District of New York**

In re Shirley   Craig,                                                     Case No.

                    Debtor

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 600.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 600.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

   ☒ Debtor                         ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor                         ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| October 12, 2005 | s/ james joyce |
|---|---|
| *Date* | James M. Joyce |
|  | Attorney at Law, Attorney at Law |
|  | *Name of law firm* |

---

Amer.Exp.Travel Rel. Srvcs.Co., Inc.
PO Box 29-7879
Ft. Lauderdale, FL 33329-7879


Americredit
PO Box 78143
Phoenix,  AZ 85062


Buffalo City Water
281 Exchange St
Buffalo, NY 14204


Buffalo Urban Renewal Agency
City Hall  room 214
Buffalo, NY  14202


Calvary Investments
7 Skyline Dr
Hawthorne, NY 10532


Capital One Bank
PO Box 85147
Richmond, VA 23285-5015


Capital One
PO Box 26074
Richmond, VA 23260


Chase bankcard
PO Box 15583
Wilmington, DE 19886-1194


City of Buffalo Dept.
of Assessment & Taxation
Room 120, City Hall
65 Niagara Square
Buffalo, New York 14202


ECMC
462 Grider St
Buffalo, NY 14215

Household Bank
c/o Household Credit Services
P.O. Box 5213
Carol Stream, IL 60197


M & T Bank
1 Fountain Plaza
Attn: Robert W. Van Wart
Special Assets, 9th Floor
Buffalo, New York 14203-1495


NCO Financial Systems, Inc.
(Home shopping Network)
507 Prudential Road
Horsham, PA 19044


Ocwen Mortgage
PO Box 785056
Orlando, FL 32878


Providian Bancorp
PO Box 9539
Manchester, NH 03108


Tancy and Trent Taylor
c/o Barnes Firm
17 Court St.
Buffalo, NY 14202


UNIVERSITY FACULTY OF ANESTHESIA PC
c/o
DUBIN SOMMERSTEIN&HUNTER
600 RAND BLDG
BUFFALO NY 14203


University head and neck
c/o Dubin & Summerstein
700 CONVENTION TOWER
BUFFALO NY 14202